

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-19-1994

# Flamer v. State of Delaware

Precedential or Non-Precedential:

Docket 93-9000

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Flamer v. State of Delaware" (1994). *1994 Decisions*. Paper 119.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/119

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 93-9000

_____


WILLIAM HENRY FLAMER,

Appellant

v.

STATE OF DELAWARE; DARL CHAFFINCH;
RAYMOND CALLAWAY; HAROLD K. BRODE;
WILLIAM H. PORTER; GARY A. MYERS;
LOREN C. MEYERS; DANA REED; JAMES E.
LIGUORI; CHARLES M. OBERLY, III;
WALTER REDMAN; STANLEY W. TAYLOR,
ACTING WARDEN; WARDEN ROBERT SNYDER


_____

Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
ROTH, LEWIS, and McKEE, Circuit Judges.


O R D E R


A majority of the active judges having voted for

rehearing in banc in the above appeal, it is

O R D E R E D  that the Clerk of this Court list the

above case for rehearing in banc at the convenience of the court.
By the Court,


\s\ Dolores K. Sloviter
Chief Judge



Dated: August 22, 1994